||||
|---|---|---|
| | **UNITED STATES DISTRICT COURT**<br>**WESTERN DISTRICT OF WASHINGTON**<br>**AT TACOMA** | |
| S.R., | | NO. 14-5295BHS |
| | Plaintiff, | |
| v. | | ORDER ON MOTION FOR<br>PROTECTIVE ORDER |
| STATE OF WASHINGTON; SERVICE ALTERNATIVES, INC., GARY FONTAINE, individually and in his/her capacity acting under the color of state law; MATTHEW CLEARY, JR., individually and in his/her capacity acting under the color of state law; SOPHIA GILES, individually and in his/her capacity acting under the color of state law; AIYANNA CURTIS, individually and in his/her capacity acting under the color of state law; SUSAN HAYWARD, individually and in his/her capacity acting under the color of state law; SU OLSON, individually and in his/her capacity acting under the color of state law; NANCY LEWIS, individually and in his/her capacity acting under the color of state law; SUZANNE AMANT, individually and in his/her capacity acting under the color of state law; CHARLOTTE NEWPORT, individually and in his/her capacity acting under the color of state law; MARTHA MATEEN, individually and in his/her capacity acting under the color of state law; JANICE LANGBEHN, individually and in his/her capacity acting under the color of state law; WARD PETERSON, individually and in his/her capacity acting under the color of state law; BRENDA HURTADO, individually and in his/her capacity acting under the color of state law; SARAE NORTHCUTT, individually and in his/her capacity acting under the color of state law; SONJA CARY, individually and in his/her capacity acting under the color of state law; SANDRA NORTH, individually and in his/her capacity acting under the color of state law; STEVEN DUVALL, individually and in his/her capacity acting under the color of state law; JUANITA JACHETTA, individually and in his/her capacity acting under the color of state law; DIANE SCHWARTZ, individually and in his/her capacity acting under the color | | |

ORDER FOR PROTECTIVE ORDER
No. 14-5295BHS

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352

| | |
|---|---|
| 1 | of state law; GRACE KRULLER, individually and in his/her capacity acting under the color |
| 2 | of state law; STACEY WEAVER-WEE, individually and in his/her capacity acting |
| 3 | under the color of state law; KEVIN SLACK, individually and in his/her capacity acting |
| 4 | under the color of state law; SCOTT BOSS, individually and in his/her capacity acting |
| 5 | under the color of state law; RICHARD MADDEN, individually and in his/her |
| 6 | capacity acting under the color of state law; RALPH NOBLE, individually and in his/her |
| 7 | capacity acting under the color of state law; and VIOLET ROSENFELT, |
| 8 | Defendants. |

THIS MATTER came before the undersigned judge of the above-entitled court on State Defendants' motion for a Protective Order. The Court considered the Stipulated Protective Order submitted with the Motion for Protective Order; and the court being fully advised, now therefore,

IT IS HEREBY ORDERED that the Motion is GRANTED.

DATED this 13th day of November, 2014.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

ROBERT W. FERGUSON
Attorney General of Washington


s/Susan Edison
SUSAN EDISON, WSBA #18293
Assistant Attorney General
Attorneys for State Defendants
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7352
SusanE@atg.wa.gov
ORDER FOR PROTECTIVE ORDER
No. 14-5295BHS

2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7352